UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                             :

CHARLES H. STARKE,                :

                Plaintiff,      :       22cv4464 (DLC)

                             :

           -v-                  :         ORDER

                             :

ROBERT BRIAN KRUPICA,        :

                             :

               Defendant.      :

                             :
------------------------------------X

DENISE COTE, District Judge:

On August 22, 2022, defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(2), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by September 9, 2022.  It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by September 9, 2022.  Defendant's reply, if any, shall be filed by September 23.  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United

2

States Courthouse, 500 Pearl Street, New York, New York.

Dated:      New York, New York
            August 23, 2022

                                    _____
                                         DENISE COTE
                                 United States District Judge

2