UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
CHARLES H. STARKE,                      :
                                        :
                        Plaintiff,      :      22cv4464 (DLC)
                                        :
            -v-                         :          ORDER
                                        :
ROBERT BRIAN KRUPICA,                   :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    On August 22, 2022, the defendant filed a motion to dismiss
the complaint pursuant to Rule 12(b)(2), Fed. R. Civ. P.  On
August 31, the plaintiff filed an amended complaint.
Accordingly, it is hereby

    ORDERED that the defendant's August 22 motion shall be
terminated as moot.

    IT IS FURTHER ORDERED that the defendant shall respond to
the amended complaint by September 16, 2022.  If the defendant
renews their motion to dismiss, the plaintiff shall file any
opposition to the renewed motion by October 7.  Defendant shall
file any reply by October 21.  At the time any reply is served,
the moving party shall supply Chambers with two (2) courtesy
copies of all motion papers by mailing or delivering them to the

United States Courthouse, 500 Pearl Street, New York, New York.

Dated:      New York, New York
            September 1, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge