```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
CHARLES H. STARKE,                      :
                                        :
                        Plaintiff,      :    22cv4464 (DLC)
                                        :
            -v-                         :         ORDER
                                        :
ROBERT BRIAN KRUPICA,                   :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On September 16, the defendant moved to dismiss the plaintiff's first amended complaint. On December 14, the defendant's motion was denied. It is hereby

ORDERED that a pretrial conference shall be held on January 20, 2023 at 3:00 p.m. in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated:   New York, New York
         December 14, 2022

                                        _____
                                               DENISE COTE
                                        United States District Judge