```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
CHARLES H. STARKE,                       :
                                         :
                         Plaintiff,      :    22cv4464 (DLC)
                                         :
              -v-                        :         ORDER
                                         :
ROBERT BRIAN KRUPICA,                    :
                                         :
                         Defendant.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On January 19, 2023, the defendant requested permission to attend telephonically or electronically the pretrial conference that is currently scheduled for January 20 at 3:00 p.m. Accordingly, it is hereby

ORDERED that the conference scheduled for January 20 at 3:00 p.m. shall be held telephonically. The parties shall use the following dial-in credentials for the telephone conference:

    Dial-in:       888-363-4749
    Access code:   4324948

The parties shall use a landline if one is available.

Dated:   New York, New York
         January 19, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge