UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                      :     22cv4464 (DLC)
CHARLES H. STARKE,                    :
                                      :        ORDER
                      Plaintiff,      :
                                      :
           -v-                        :
                                      :
ROBERT BRIAN KRUPICA,                 :
                                      :
                      Defendant.      :
                                      :
------------------------------------ X

DENISE COTE, District Judge:

       On March 22, 2023, the plaintiff submitted a letter

requesting a conference to discuss a discovery dispute that has

arisen in this action.  In the letter, the plaintiff notes that

the defendant's responses to his first set of interrogatories

were unsigned and unverified.  It is hereby

       ORDERED that a telephone conference in this case shall be

held on **March 27, 2023** at **2:30 p.m.**  The parties shall use the

following dial-in credentials for the conference:

              Dial-in:        888-363-4749
              Access code:    4324948

The parties shall use a landline if one is available.

       IT IS FURTHER ORDERED that the defendant shall, **by March

29, 2023,** serve signed and verified responses to the plaintiff's

first set of interrogatories.

Dated:      New York, New York
            March 24, 2023

                                    _____
                                          DENISE COTE
                               United States District Judge

2