```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   22cv4464 (DLC)
CHARLES H. STARKE,                        :
                                          :        ORDER
                         Plaintiff,       :
                                          :
              -v-                         :
                                          :
ROBERT BRIAN KRUPICA,                     :
                                          :
                         Defendant.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

A conference was held in this case on March 27, 2023. As stated on the record at that conference, it is hereby

ORDERED that a telephone conference in this case is scheduled for **March 31, 2023** at **4:00 p.m.** The parties shall use the following dial-in credentials for the conference:

    Dial-in:       888-363-4749
    Access code:  4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
          March 27, 2023

                                              _____
                                                 DENISE COTE
                                         United States District Judge