```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    22cv4464 (DLC)
CHARLES H. STARKE,                        :
                                          :         ORDER
                      Plaintiff,          :
                                          :
           -v-                            :
                                          :
ROBERT BRIAN KRUPICA,                     :
                                          :
                      Defendant.          :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

A conference was held in this case on March 31, 2023. As stated on the record at the conference, it is hereby

ORDERED that, by April 7, 2023, if any party has any further application with respect to discovery or any other matter necessary for the Court to address at this time, that party shall submit a letter no longer than two (2) pages explaining their request.

Dated:    New York, New York
          March 31, 2023

                                   _____
                                          DENISE COTE
                                   United States District Judge