```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
CHARLES H. STARKE,                    :
                                      :
                    Plaintiff,        :        22cv4464 (DLC)
                                      :
          -v-                         :             ORDER
                                      :
ROBERT BRIAN KRUPICA,                 :
                                      :
                    Defendant.        :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On September 5, 2023, the plaintiff filed a motion for summary judgment on the defendant's counterclaim pursuant to Rule 56, Fed. R. Civ. P. Accordingly, it is hereby

ORDERED that defendant shall file any opposition to the motion for summary judgment by September 26, 2023. Plaintiff's reply, if any, shall be filed by October 10. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         September 6, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge